Joseph G. Went
Nevada Bar No. 9220
Steven J.T. Washington
Nevada Bar No. 14298
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
JGWent@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant*
*Avenue5 Residential LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SKYLER ARNAUD, an individual; | Case No.: 2:26-cv-00988-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| AVENUE5 RESIDENTIAL LLC, a Delaware limited liability company; | **[FIRST REQUEST]** |
| Defendants. | |

Pursuant to LR II 7.1 and LR IA 6-1, Defendant Avenue5 Residential LLC, a Delaware limited liability company ("Avenue5" or "Defendant"), by and through its counsel of record, Holland & Hart LLP, and Plaintiff Skyler Arnaud, an individual, ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1.    Plaintiff filed their Complaint in the United States District Court, District of Nevada Case No. 2:26-cv-00988-GMN-NJK on March 31, 2026. *See* ECF No. 1.

2.    Defendant was served with the Complaint on April 6, 2026. *See* ECF No. 10.

3.    Defendant's current deadline to file a response to the Complaint is Monday, April 27, 2026.

1

4.     Defendant recently retained Holland & Hart to represent it in this matter. Counsel needs additional time to meaningfully review the matter before counsel can respond to the Complaint. As such, Avenue5 seeks a 14-day extension of Avenue5's response deadline.

5.     The Parties agree to a 14-day extension from Monday, April 27, 2026, until Monday, May 11, 2026, for Defendant to respond to Plaintiff's Complaint.

6.     The stipulated extension is warranted to provide the parties with additional time to discuss settlement, as well as to provide adequate time for Defendant's counsel to analyze the Complaint and prepare Defendant's response thereto.

7.     This is the Parties' first request for an extension to respond to the Complaint. This stipulated extension is made in good faith and not for purposes of delay.

DATED this 27th day of April 2026.

**HOLLAND & HART LLP**

/s/ Steven J.T. Washington
Joseph G. Went
Nevada Bar No. 9220
Steven J.T. Washington
Nevada Bar No. 14298
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Attorneys for Defendant
Avenue5 Residential LLC

DATED this 27th day of April 2026.

**GREENBERG GROSS LLP**

/s/ John M. Orr
Jemma E. Dunn
Nevada Bar No. 16229
Matthew T. Hale
Nevada Bar No. 16880
John M. Orr
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

Attorneys for Plaintiff
Skyler Arnaud

**ORDER**

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated: April 28, 2026

37689350_v1

2